IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

TUNA FAMILY MGMT INC.,
a Florida corporation, KENNETH
D. GIBBS III, an individual, and
RACHELLE RISLEY, an
Individual,

    Plaintiffs,

vs.

ALL TRUST MANAGEMENT INC.,
a Florida corporation, SAMJ INVESTMENTS
INC., a Washington corporation, ITALEATS
INC., a Washington Corporation, and SIDHARTH
SETHI, an individual,

    Defendants.
_____/

CASE NO.: 2:20-CV-14017-DMM

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, ALL TRUST MANAGEMENT INC., a Florida corporation, SAMJ INVESTMENTS INC., a Washington corporation, ITALEATS INC., a Washington Corporation, and SIDHARTH SETHI, an individual, (hereinafter referred to as "Defendants"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1.A.1(j), hereby moves for an unopposed enlargement of time to respond to Plaintiffs' complaint, up through and including March 20, 2020, and says:

    1.    Defendants' response to Plaintiffs' complaint is currently due to be filed on or before March 13, 2020.

    2.    Undersigned counsel was just recently retained by Defendants and has not had sufficient time to confer with Defendants in order to prepare and file a response to Plaintiffs' complaint.

3. Based on the foregoing, as well as the press of other pending litigation matters in which undersigned counsel is involved, Defendants submit that good cause has been shown for granting them a brief additional enlargement of time to respond to Plaintiff's complaint, up through and including March 20, 2020.

**CERTIFICATION PURSUANT TO S.D. FLA. L.R. 7.1.A.3**

4. Defendants' undersigned counsel hereby certifies that he has conferred regarding this motion with Plaintiffs' counsel, Eric McAliley, Esq. who has indicated that there is **no objection** to the requested enlargement of time.

**WHEREFORE**, Defendants respectfully request that the Court grant this motion, enter an order providing them an enlargement of time to respond to Plaintiffs' complaint, up through and including March 20, 2020, and take such further action as is just and proper. A proposed order granting this motion is provided herewith.

Dated: March 13, 2020
Boca Raton, FL

Respectfully submitted,

By: /s/ *Donald J. Thomas*
Donald J. Thomas, Esq.
Florida Bar No. 834599
Georgia T. Garnecki, Esq.
Florida Bar No. 068807
CBR LAW GROUP, LLP
165 E. Palmetto Park Road, Ste. 200
Boca Raton, FL 33432
Telephone: 561-609-1515
don@cbrlawgroup.com
georgia@cbrlawgroup.com
teresa@cbrlawgroup.com

## Certificate of Service

I hereby certify that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s Donald J. Thomas

DONALD J. THOMAS, ESQ.